UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ESCUDERO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 2:20-cv-2450 AC P<br><br><br>ORDER |

By order filed December 22, 2020, the court ordered plaintiff to file a complaint and either pay the filing fee or submit an application to proceed in forma pauperis within thirty days. ECF No. 3. Thirty days have now passed, and plaintiff has not filed a complaint or an application to proceed in forma pauperis or paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, plaintiff must file a complaint and either submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this matter be dismissed.

DATED: February 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE