UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ESCUDERO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No.  2:20-cv-2450 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed December 22, 2020, plaintiff was ordered to file a complaint and either pay the filing fee or submit an application to proceed in forma pauperis within thirty days.  ECF No. 3.  After he failed to do so, he was given an additional fourteen days to comply and warned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 6.  The fourteen-day period has now expired, and plaintiff has not filed a complaint or application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 8, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE